# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THEODORE W. SMITH, III,
:
    Petitioner,                          Case No. 3:13-cv-065

:           District Judge Thomas M. Rose
   -vs-                                      Magistrate Judge Michael R. Merz

WARDEN, Southern Ohio Correctional
  Facility,
:
    Respondent.

## RECOMMITTAL ORDER

       This case is before the Court on Petitioner's Objections (Doc. No. 6) to the Magistrate Judge's Report and Recommendations (Doc. No. 147).

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

       April 15, 2013.                                                **s/THOMAS M. ROSE**

                                                                               Thomas M. Rose
                                                                   United States District Judge